[No. 10650-3-I. Division One. December 27, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY LEE MUNDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-04738-4, Lloyd W. Bever, J., entered April 28, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 10656-2-I. Division One. December 27, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY LEE TIMMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79-1-00968-3, Jerome M. Johnson, J., entered July 22, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10515-9-I. Division One. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ELLIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-00610-4, Jim Bates, J., entered July 8, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.